NO. 07-10-00189-CR, 07-10-001090-CR
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL B
 
--------------------------------------------------------------------------------
OCTOBER 28, 2010
--------------------------------------------------------------------------------

 
 MICHAEL DON DENTON, APPELLANT
 
 v.
 
 THE STATE OF TEXAS, APPELLEE 
--------------------------------------------------------------------------------

 
 FROM THE 181ST DISTRICT COURT OF RANDALL COUNTY;
 
 NO. 18,607-B, 18,608-B; HONORABLE JOHN B. BOARD, JUDGE
--------------------------------------------------------------------------------

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

 MEMORANDUM OPINION
 
By order of October 8, 2010, we abated and remanded these cases for proceedings in the trial court according to the direction of our order. On October 27, 2010, appellant Michael Denton filed a motion to dismiss both appeals. Appellant and his attorney signed the motion. Tex. R. App. P. 42.2(a).
We first dissolve the abatement and reinstate both cases. No decision of this court on the merits of either case having been delivered to date, we grant the motion of appellant to dismiss both cases. Accordingly, both appeals are dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

 James T. Campbell
 Justice
Do not publish.